# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM KELLEY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HOME DEPOT U.S.A., INC., a corporation and DOES 1-100, inclusive,<br><br>　　　　Defendant. | Case No. 2:11-cv-01339-MCE-CKD<br><br>**ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>**Complaint filed: April 18, 2011**<br>**Trial Date:　　　September 9, 2013**<br>**Judge:　　　　Hon. Morris C.<br>　　　　　　　England, Jr.**<br><br>**Date Removed:　May 18, 2011** |

**PURSUANT TO THE STIPULATION OF THE PARTIES**, and for good cause shown, this action is hereby dismissed with prejudice, with each party to bear their own costs and attorneys' fees.  The Clerk shall close the file.

**IT IS SO ORDERED.**

DATE:  March 8, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

11cv1339.o.0308.DOC